UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:11-00224 |
| | ) | Judge Sharp |
| | ) | |
| LESLIE L. MILLER | ) | |

O R D E R

On oral motion of the defendant at the plea hearing this date, and it appearing that the

defendant is currently serving a sentence in the Tennessee Department of Corrections and has

previously waived his "anti-shuttling" and other rights under the Interstate Agreement on

Detainers (D.E. 13), it is hereby ORDERED that the defendant be returned to state custody

pending the sentencing in this matter.

Enter this the ____ day of November, 2012.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

_____
Sumter L. Camp
Assistant Federal Public Defender