**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:11-00224** |
| | ) | **JUDGE SHARP** |
| **LESLIE L. MILLER** | ) | |

**O R D E R**

The sentencing set for Friday, April 5, 2013 at 1:30 p.m. is hereby rescheduled for 9:30 a.m.

the same day.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE